UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HENEIT CASTRO GALAVIZ,<br><br>　　　　Defendant. | Case No. 2:23-mj-00043-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the deadline to complete conditions currently scheduled for Friday, February 23, 2024, is vacated and continued to April 10, 2024.

DATED this 14th day of February, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3